# In the United States Court of Federal Claims

**No. 21-778 C**
**(Filed: March 10, 2021)**

**SEKRI, INC.**

    **Plaintiff**

**v**                                                                                                  **JUDGMENT**

**THE UNITED STATES**

    **Defendant**

    Pursuant to the court's Memorandum Opinion and [separate] Order, filed March 9, 2021, dismissing plaintiff's complaint sua sponte for lack of standing and granting defendant's motion to dismiss,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's complaint is dismissed for lack of subject-matter jurisdiction and for failure to state a claim upon which relief can be granted.   No costs are awarded.


                                                                           Lisa L. Reyes
                                                                           Clerk of Court

                                                                           By: Anthony Curry

                                                                           Deputy Clerk


NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.   Filing fee is $505.00.